

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-96,443-01

### EX PARTE RANDALL BRUCE MOSBEY, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. CR-22-3762-A-WHC1 IN THE 22ND DISTRICT COURT
### HAYS COUNTY

*Per curiam*.

## O P I N I O N

Applicant was convicted of continuous sexual abuse of a child (Count 1) and invasive visual recording (Count 2). He was sentenced to life imprisonment on Count 1 and two years' imprisonment on Count 2. He filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that he was denied his right to an appeal. The trial court has found that Applicant has alleged facts entitling him to relief in the form of an out-of-time appeal. Based on the record, Applicant was denied an appeal due to a "breakdown in the system." *Ex parte Riley*, 193 S.W.3d 900 (Tex. Crim. App. 2006).

Relief is granted.  *Ex parte Axel*, 757 S.W.2d 369 (Tex. Crim. App. 1988);  *Jones v. State*, 98 S.W.3d 700 (Tex. Crim. App. 2003).  Applicant may file an out-of-time appeal of his conviction in cause number CR-22-3762-A-WHC1 from the 22nd District Court of Hays County.  Within ten days from the date of this Court's mandate, the trial court shall determine whether Applicant is indigent.  If Applicant is indigent and wants to be represented by counsel, the trial court shall appoint counsel to represent him on direct appeal.  Should Applicant decide to appeal, he must file a written notice of appeal in the trial court within thirty days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.


Delivered:July 30, 2025
Do not publish